NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Gary A. Hecker (SBN 099008)
James M. Slominski (SBN 166357)
The Hecker Law Group
1925 Century Park East, Suite 2300
Los Angeles, CA 90067
Tele: 310-286-0377; Fax 310-286-0488
Email: ghecker@hh.com; jslominski@hh.com

FILED

11 APR -4 PM 3:28

CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

ATTORNEYS FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RGB SYSTEMS, INC. <br><br> Plaintiff(s), <br><br> v. <br><br> KRAMER ELECTRONICS, LTD.; KRAMER ELECTRONICS USA, INC.; SIERRA VIDEO SYSTEMS; and DOES 1-10 <br><br> Defendant(s) | CASE NUMBER: <br> SACV11-00513 DOC (RNBx) <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff _____
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                        **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

RGB SYSTEMS, INC.                                                Plaintiff


April 4, 2011
Date

Sign

Gary A. Hecker/James M. Slominski
Attorney of record for or party appearing in pro per

CV-30 (04/10)                              NOTICE OF INTERESTED PARTIES                              COPY